AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama (Northern Division)

Carlos Ortega,
Plaintiff

V.

Stephen Brock, et al.

Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:07-cv-368-MHT

TO: (Name and address of Defendant)

Charles Wade Goggins
200 Town Mart
Clanton, AL 35045

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian P. Strength, Esq.
Cochran, Cherry, Givens & Smith, P.C.
P.O. Box 830419
Tuskegee, AL 36083

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 5/1/07

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__ (Northern Division)

Carlos Ortega,
Plaintiff

V.

Stephen Brock, et al.

Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:07-cv-368-MHT

TO: (Name and address of Defendant)

Stephen Brock
212 Airport Road
Clanton, AL 35045

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian P. Strength, Esq.
Cochran, Cherry, Givens & Smith, P.C.
P.O. Box 830419
Tuskegee, AL 36083

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(By) DEPUTY CLERK

DATE 5/1/07

# UNITED STATES DISTRICT COURT

Middle District of Alabama (Northern Division)

Carlos Ortega,
Plaintiff

V.

Stephen Brock, et al.

Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:07-cv-368-MHT

TO: (Name and address of Defendant)

Big Time "Wings" Sports Grill, Inc.
C/o Charles Wade Goggins
200 Town Mart
Clanton, AL 35045

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian P. Strength, Esq.
Cochran, Cherry, Givens & Smith, P.C.
P.O. Box 830419
Tuskegee, AL 36083

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

(By) DEPUTY CLERK

DATE 5/1/07