| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Courtney Brock*  ☒ Agent ☐ Addressee<br>B. Received by (Printed Name): Courtney Brock  C. Date of Delivery: 05-03-07 |
| 1. Article Addressed to:<br><br>Stephen Brock<br>212 Airport Road<br>Clanton, AL 35045 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>07CV368<br>S&C<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0002 7979 0864 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540