IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CARLOS ORTEGA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CASE NO.: 2:07-CV-368-MHT |
| ) | |
| STEPHEN BROCK, et al. ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS ON BEHALF OF DEFENDANT, STEPHEN BROCK

COMES NOW Co-Defendant, Stephen Brock, by and through his attorney of record, and moves the court to dismiss this action pursuant to Rule 12 of the Federal Rules of Civil Procedure. In support of this motion and as grounds for said relief, Defendant Brock would show this court as follows:

1. In his complaint, Plaintiff Ortega alleges that at all times pertinent to the incident which occurred at the restaurant, Defendant Brock was "an agent and/or employee of Chilton County, Alabama, and was acting within the course and scope of his agency and/or employment." In spite of this allegation, Plaintiff has not included as a party defendant the Chilton County Sheriff's Department or any other governmental or quasi governmental agency.

2. In point of fact, Defendant Brock was off duty and was not, in any form or fashion, acting as a Deputy Sheriff for the Chilton County Sheriff's Department. Defendant Brock was not employed as an off duty security guard, bouncer, or other security officer at the restaurant and was only a patron at the restaurant at the time of the incident.

3. Plaintiff bases federal jurisdiction in this case solely on his unsupported allegation that Defendant Brock was, in fact, acting within the scope or duties of his employment as a deputy

sheriff. Defendant Brock was not wearing a uniform but civilian clothes. Defendant Brock did not carry, show or flash any of the insignia of his employment, such as a badge or other evidence of his being a Deputy Sheriff.

4. The incident in question was nothing more than a "bar room fight" between Brock and Plaintiff and had nothing to do with Defendant Brock's employer or his official duties.

5. There is no federal jurisdiction for this case to proceed.

6. There is no diversity of citizenship between the Plaintiff and the named Defendants in this action.

7. Plaintiff has not met his burden of proof to offer substantial evidence to show that Defendant Brock was acting within the line and scope of his duties and employment, giving rise to federal jurisdiction under 42 U.S.C. § 1983 and §1988 or 28 U.S.C. § 1331 and § 1343(a)(3) and (4).

8. Defendant Brock moves the court to dismiss this case because of the Plaintiff's failure to join under Rule 19 an indispensable party. Specifically, Plaintiff has alleged that Defendant was, at the time of the incident, acting within the line and scope of his duties and employment. If that is true, then Plaintiff should have joined the Sheriff of Chilton County, the Sheriff's Department of Chilton County and other governmental agencies for whom Defendant Brock worked. His failure to do so should be grounds for the court to dismiss this action.

9. As alleged above, Defendant Brock alleges that the court does not have subject matter jurisdiction over this matter.

10. This case should be dismissed because the complaint, as drafted and filed, fails to state a claim upon which relief can be granted.

WHEREFORE, THE PREMISES CONSIDERED, Defendant moves the court to enter an order dismissing Defendant, Steven Brock, from this action for the reasons set forth above. Defendant Brock asks for whatever other or additional relief to which he may be entitled.

Respectfully submitted,

PARNELL & CRUM, P.A.

BY: *Charles N. Parnell*
CHARLES N. PARNELL, III (PAR016)
Attorney for Defendant, Stephen Brock
Post Office Box 2189
Montgomery, Alabama 36102-2189

OF COUNSEL:
Parnell & Crum, P.A.
PO Box 2189
Montgomery, AL 36102-2189
334/832-4200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served on the below listed party of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed this the 18th day of May, 2007.

Hon. Brian P. Strength
Attorney for Plaintiff
Post Office Box 830419
Tuskegee, Alabama 36083

*Charles N. Parnell*
OF COUNSEL