IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CARLOS A. ORTEGA, JR.,     ) | |
|     ) | |
|    Plaintiff,     ) | |
|     ) | CIVIL ACTION NO. |
|    v.     ) | 2:07cv368-MHT |
|     ) | |
| STEPHEN BROCK, etc.,     ) | |
| et al.,     ) | |
|     ) | |
|    Defendants.     ) | |

### ORDER

It is ORDERED that defendant Stephen Brock's motion to dismiss (Doc. No. 5) is denied. To the extent Brock contends that the complaint has omitted an indispensable party, the motion is meritless. To the extent that Brock contends that, at the time of the alleged incident, he was not acting in his capacity as a deputy sheriff, the motion raises a factual issues that should be resolved on a summary-judgment motion or at trial.

DONE, this the 21st day of May, 2007.

                          /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE