# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| CARLOS A. ORTEGA, JR., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | Civil Action No. |
| vs. ) | |
| ) | 2:07-368-MHT |
| STEPHEN BROCK; BIG TIME ) | |
| "WINGS" SPORTS GRILL, INC.; ) | |
| CHARLES W. GOGGINS; *etc., et al.* ) | |
| ) | |
|    Defendants. ) | |

### F.R.C.P. 7.1 CORPORATE DISCLOSURE STATEMENT

PURSUANT TO F.R.C.P. 7.1, Defendant Big Time "Wings" Sports Grill, Inc. (hereinafter "Big Time") herewith states that it has no parent corporation.

The following are publicly-held corporations holding 10% or more of Big Time's stock:  There are no such corporations.

Respectfully submitted this the 23d day of May, 2007.

          s/ Algert S. Agricola, Jr.
          **ALGERT S. AGRICOLA, JR.** (ASB 0364-R79A, AGR001)
          **M. ANDREW DONALDSON** (ASB 9007-076M, DON024)
          Counsel for Defendant Big Time "Wings"
          Sports Grill, Inc.

**OF COUNSEL:**

**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
(334) 396-8882 Phone
(334) 396-8880 Fax
aagricola@slatenlaw.com
adonaldson@slatenlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CARLOS A. ORTEGA, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. |
| *vs.* ) | |
| ) | 2:07-368-MHT |
| **STEPHEN BROCK; BIG TIME** ) | |
| **"WINGS" SPORTS GRILL, INC.;** ) | |
| **CHARLES W. GOGGINS;** *etc., et al.* ) | |
| ) | |
| **Defendants.** ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles N. Parnell, III
Parnell & Crum, P.A.
P.O. Box 2189
Montgomery, AL 36102-2189

Brian P. Strength
Cochran, Cherry, Givens & Smith
P.O. Box 830419
Tuskegee, AL 36083

Amy H. Maylor
P.O. Box 470
Clanton, AL 35046

Respectfully submitted,

s/ Algert S. Agricola, Jr.
Algert S. Agricola, Jr.
M. Andrew Donaldson
**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
Phone:  (334) 396-8882
Fax:      (334) 396-8880
E-mail: aagricola@slatenlaw.com
E-mail: adonaldson@slatenlaw.com

F:\Gen Litigation\Colony Group\Big Time wings Sports Grill, Inc\Pleadings\Rule 7.1 Corporate Disclosure.wpd