## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **CARLOS ORTEGA,** | ] |
| | ] |
| **Plaintiff,** | ] |
| | ] |
| v. | ]   2:07-CV-368 |
| | ] |
| **STEPHEN BROCK, BIG TIME** | ] |
| **"WINGS" SPORTS GRILL, INC.,** | ] |
| **CHARLES W. GOGGINS, et al.,** | ] |
| | ] |
| **Defendants.** | ] |

## NOTICE OF APPEARANCE

**COMES NOW,** Emily C. Marks, and hereby gives notice to all counsel of record of her appearance as additional counsel for defendant Charles Goggins.

/s/ Emily C. Marks
Emily C. Marks, Esq.
Attorney for Charles W. Goggins

OF COUNSEL:
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite #204 [36109-5413]
P.O. Box 2148
Montgomery, Alabama  36102-2148
Telephone (334) 387-7680
Telefax (334) 387-3222

1

**CERTIFICATE OF SERVICE**

   I hereby certify that on this June 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Algert Swanson Agricola
Michael Andrew Donaldson
Slaten & O'Connor
105 Tallapoosa St., Ste. 101
Montgomery, AL 36104
Jraagricola@slatenlaw.com; kboothe@slatenlaw.com
 adonaldson@slatenlaw.com; kboothe@slatenlaw.com

Amy Hayes Naylor
104 1st Avenue
P.O. Box 470
Clanton, AL 35046-0470
amyhayesnaylor@bellsouth.net

Charles Nichols Parnell
Parnell & Crum
P O Box 2189
Montgomery, AL  36102-2189
IIIcnparnell@parnellcrum.com

Jock Michael Smith
Brian P. Strength, Esq.
Cochran, Cherry, Givens & Smith, P.C.
306 North Main Street
P.O. Box 830419
Tuskegee, AL 36083
bpinkard@cochranlawtuskegee.com
bstrength@cochranlawtuskegee.com

            /s/ Emily C. Marks