IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CARLOS A. ORTEGA, JR.,          )<br>                                 )<br>     Plaintiff,                  )<br>                                 )<br>     v.                          )<br>                                 )<br> STEPHEN BROCK, etc.,            )<br> et al.,                         )<br>                                 )<br>     Defendants.                 ) | CIVIL ACTION NO.<br>2:07cv368-MHT |

ORDER

It is ORDERED that defendant Charles W. Goggins' motion to dismiss (doc. no. 8) is set for on-the-record oral argument on June 12, 2007, at 8:30 a.m.

Counsel for defendant Goggins is to arrange for the argument to be conducted by telephone.

DONE, this the 7th day of June, 2007.

　　　　　　　　　　　　　　　／s/ Myron H. Thompson　
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE