UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS ORTEGA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) |
| | ) CIVIL ACTION NO. 2:07-cv-368 |
| | ) |
| STEPHEN BROCK, BIG TIME "WINGS" | ) |
| SPORTS GRILL, INC., CHARLES W. | ) |
| GOGGINS, | ) |
| | ) |
| DEFENDANTS. | ) |

REPORT OF PARTIES' PLANNING MEETING

    1.    Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on June 12, 2007 via teleconference and was attended by:

    Brian P. Strength
    COCHRAN, CHERRY, GIVENS,
    SMITH, P.C.
    P.O. Box 830419
    Tuskegee, AL 36083
    Attorney for Plaintiff

    Emily C. Marks
    BALL, BALL, MATTHEWS & NOVAK, P.A.
    2000 Interstate Park Drive
    Suite 204
    Montgomery, AL 36109

    Algert Swanson Agricola
    SLATEN & O'CONNOR
    105 Tallapoosa Street
    Suite 101
    Montgomery, AL 36104

    Charles N. Parnell
    PARNELL & CRUM

01388106.1

P.O. Box 2189
Montgomery, AL 36102

2. **Pre-Discovery Disclosures**: The parties will exchange by June 26, 2007, the information required by Fed. R. Civ. P. 26(a)1 and local rule 26.1.

3   **Discovery Plan**.  The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subjects:  the allegations of the Complaint and damages.

All discovery commenced in time to be completed by February 1, 2008.

Maximum of 30 interrogatories by each party to any other party.

Maximum of 30 requests for admission by each party to any other party.

Maximum of 6 depositions by plaintiff and 6 depositions by each defendant.

Each deposition limited to maximum of 7 hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

From plaintiffs by December 15, 2007.

From defendants by January 15, 2008.

Supplementations under Rule 26(e) due 30 days before close of discovery.

4. **Other Items**.  The parties do not request a conference with the Court before entry of the scheduling order.

The parties request a pretrial conference in May of 2008.

Plaintiff should be allowed until October 1, 2007, to join additional parties and until October 1, 2007 to amend the pleadings.

Defendant should be allowed until November 1, 2007, to join additional parties and until November 1, 2007, to amend the pleadings.

All potentially dispositive motions should be filed by February 15, 2008.

Settlement may be enhanced by the use of mediation.

01388106.1

    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

      From plaintiff by 45 days before trial.

      From defendant by 30 days before trial.

    Parties should have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by June 23, 2008, and at this time is expected to take approximately 3 days.

Dated: 6-12-07

/s/ Brian P. Strength
Attorney for Plaintiff

/s/ Emily C. Marks
Attorney for Defendant Goggins

/s/ Algert S. Agricola
Attorney for Defendant Big Time "Wings" Sports Grill, Inc.

/s/ Charles N. Parnell
Attorney For Defendant Brock

01388106.1