IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CARLOS A. ORTEGA, JR.,      )
                            )
    Plaintiff,              )
                            )       CIVIL ACTION NO.
    v.                      )         2:07cv368-MHT
                            )
STEPHEN BROCK, etc.,        )
et al.,                     )
                            )
    Defendants.             )
```

ORDER

Based on the representations made during oral arguments this morning, it is ORDERED and clarified that plaintiff Carlos A. Ortega, Jr.'s complaint alleges both federal and state-law claims against defendant Stephen Brock but <u>only</u> state-law claims against defendants Big Time 'Wings' Sports Grill, Inc. and Charles W. Goggins. There are no federal claims against the sports grill or Goggins.

DONE, this the 12th day of June, 2007.

                          /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE