IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CARLOS A. ORTEGA, JR.,        )
                              )
    Plaintiff,                )
                              )
                              )    CIVIL ACTION NO.
    v.                        )     2:07cv368-MHT
                              )
STEPHEN BROCK, etc.,          )
et al.,                       )
                              )
    Defendants.               )
```

ORDER

Based on the representations made during oral arguments this morning, it is ORDERED as follows:

(1) Plaintiff Carlos A. Ortega, Jr. has until June 15, 2007, to file an amended complaint clarifying a legal basis for this court's subject-matter jurisdiction over his state-law claims and a factual basis for the non-governmental defendants' liability on those claims.

(2) Defendant Big Time 'Wings' Sports Grill, Inc. has until June 15, 2007, to file a motion to dismiss, and the

motion is set for submission on June 19, 2007, with all briefs due by said date..

(3) Defendant Charles W. Goggins' motion to dismiss (doc. no. 8) is reset for submission on June 19, 2007, with all briefs due by said date.

As discussed during oral arguments, the briefs should address subject-matter jurisdiction and whether the plaintiff's state-law claims are sufficiently alleged in the complaint.

DONE, this the 12th day of June, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**