IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS A. ORTEGA, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| vs. ) | |
| ) | 2:07-368-MHT |
| STEPHEN BROCK; BIG TIME ) | |
| "WINGS" SPORTS GRILL, INC.; ) | |
| CHARLES W. GOGGINS; *etc., et al.* ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS AMENDED COMPLAINT

Comes Now Defendant Big Time Wings Sports Grill, Inc., by and through counsel, and moves to dismiss the Amended Complaint [Doc. 23] filed herein on June 14, 2007, and in support of its motion would show the following:

1. This Court lacks subject matter jurisdiction over this defendant because the state law claims against this defendant are not so related to the federal question claims against Defendant Brock that they form part of the same case or controversy under Article III of the United States Constitution. See, 28 U.S.C. § 1367(a).

2. This Court should decline to exercise supplemental jurisdiction over the state law claims asserted against this defendant because the state law claims substantially predominate over the federal claims against Defendant Brock. See, 28 U.S.C. § 1367(c).

Wherefore premises considered, Defendant Big Time Wings Sports Grill, Inc. asserts that its motion to dismiss is due to be granted. In compliance with this Court's order [Doc.

22], Defendant Big Time Wings Sports Grill, Inc. will file its brief in support of its motion to dismiss by June 19, 2007.

Respectfully submitted this 15th day of June, 2007.

          s/ Algert S. Agricola, Jr.
          **ALGERT S. AGRICOLA, JR.** (ASB 0364-R79A, AGR001)
          **M. ANDREW DONALDSON** (ASB 9007-076M, DON024)
          Counsel for Defendant Big Time "Wings"
          Sports Grill, Inc.

**OF COUNSEL:**

**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
(334) 396-8882 Phone
(334) 396-8880 Fax
aagricola@slatenlaw.com
adonaldson@slatenlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS A. ORTEGA, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. |
| vs. | ) |
| | ) 2:07-368-MHT |
| STEPHEN BROCK; BIG TIME | ) |
| "WINGS" SPORTS GRILL, INC.; | ) |
| CHARLES W. GOGGINS; *etc., et al.* | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles N. Parnell, III
Parnell & Crum, P.A.
P.O. Box 2189
Montgomery, AL 36102-2189

Brian P. Strength
Cochran, Cherry, Givens & Smith
P.O. Box 830419
Tuskegee, AL 36083

Amy H. Naylor
P.O. Box 470
Clanton, AL 35046

Emily C. Marks
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102-2148

Respectfully submitted,

s/ Algert S. Agricola, Jr.
Algert S. Agricola, Jr.
M. Andrew Donaldson
**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
Phone: (334) 396-8882
Fax:    (334) 396-8880
E-mail: aagricola@slatenlaw.com
E-mail: adonaldson@slatenlaw.com

F:\Gen Litigation\Colony Group\Big Time wings Sports Grill, Inc\Pleadings\Motion to Dismiss Amended Complaint 06-15-07.wpd