IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CARLOS ORTEGA,** | ] |
| | ] |
|     **Plaintiff,** | ] |
| | ] |
| v. | ]    2:07-CV-368 |
| | ] |
| **STEPHEN BROCK, BIG TIME "WINGS" SPORTS GRILL, INC., CHARLES W. GOGGINS, et al.,** | ] |
| | ] |
|     **Defendants.** | ] |

## CONFLICT DISCLOSURE STATEMENT

**COMES NOW,** Charles W. Goggins, a defendant in the above-captioned matter, and in accordance with the Order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    This party is an individual.

                                                                     /s/ Emily C. Marks
                                                                    Emily C. Marks, Esq.
                                                                      Attorney for Charles W. Goggins

OF COUNSEL:
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite #204 [36109-5413]
P.O. Box 2148
Montgomery, Alabama  36102-2148
Telephone (334) 387-7680
Telefax (334) 387-3222

**CERTIFICATE OF SERVICE**

   I hereby certify that on this June 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Algert Swanson Agricola
Michael Andrew Donaldson
Slaten & O'Connor
105 Tallapoosa St., Ste. 101
Montgomery, AL 36104
Jraagricola@slatenlaw.com; kboothe@slatenlaw.com
adonaldson@slatenlaw.com; kboothe@slatenlaw.com

Amy Hayes Naylor
104 1st Avenue
P.O. Box 470
Clanton, AL 35046-0470
amyhayesnaylor@bellsouth.net

Charles Nichols Parnell
Parnell & Crum
P O Box 2189
Montgomery, AL  36102-2189
IIIcnparnell@parnellcrum.com

Jock Michael Smith
Brian P. Strength, Esq.
Cochran, Cherry, Givens & Smith, P.C.
306 North Main Street
P.O. Box 830419
Tuskegee, AL 36083
bpinkard@cochranlawtuskegee.com
bstrength@cochranlawtuskegee.com

              /s/ Emily C. Marks
              OF COUNSEL