IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| CARLOS ORTEGA, | * |
| Plaintiff, | * |
| v. | *  2:07-CV-368 |
| STEPHEN BROCK, et al., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONFLICT DISCLOSURE STATEMENT**

In accordance with the Order of this Court, Alfa Mutual Insurance Company, an Intervenor to the above-captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Alfa Mutual Insurance Company
Alfa Mutual Fire Insurance Company
Alfa Mutual General Insurance Company
Alfa Corporation
Alfa Insurance Corporation
Alfa Life Insurance Corporation
Alfa General Insurance Corporation
Alfa Financial Corporation
Alfa Specialty Insurance Corporation
Alfa Agency Alabama, Inc.
Alfa Vision Insurance Corporation
Alfa Benefits Corporation
Alfa Services, Inc.
Alfa Alliance Insurance Corporation
Alfa Realty, Inc.

Alfa Builders, Inc.

Respectfully submitted this the 6th day of November, 2007.

_____

 s/ Megan K.McCarthy
S. MARK DUKES (ASB-9697-U77S)
MEGAN K. MCCARTHY (ASB-7279-M71K)
Counsel for Alfa Mutual Insurance Company

OF COUNSEL:
Nix Holtsford Gilliland
      Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by hand delivery, on this the 6th day of November, 2007:

Jock Smith
Brian Strength
Cochran, Cherry, Givens & Smith
P.O. Box 830419
Tuskegee, Alabama 36083

Charles Nicholas Parnell, III
Parnell & Crum. P.A.
P.O. Box 2189
Montgomery, Alabama 36102

Algert Swanson Agricola, Jr.
Michael Andrew Donaldson
Slaten & O'Connor, P.C.
P.O. Box 1101
Montgomery, Alabama 36101

Emily Coody Marks
Ball, Ball, Matthews & Novak
P.O. Box 2148
Montgomery, Alabama 36102

Amy Hayes Naylor
P.O. Box 470
Clanton, Alabama 35046

                                           s/ Megan K.McCarthy
                                           OF COUNSEL