IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CARLOS ORTEGA,** | ] |
| | ] |
| **Plaintiff,** | ] |
| | ] |
| v. | ]   2:07-CV-368 |
| | ] |
| **STEPHEN BROCK, BIG TIME** | ] |
| **"WINGS" SPORTS GRILL, INC.,** | ] |
| **CHARLES W. GOGGINS, et al.,** | ] |
| | ] |
| **Defendants.** | ] |

### DEFENDANT CHARLES W. GOGGINS' MOTION FOR SUMMARY JUDGMENT

**COMES NOW,** the defendant, Charles W. Goggins, by and through his undersigned counsel of record and moves this Honorable Court, pursuant to Rule 56, Federal Rules of Civil Procedure, to grant a summary judgment to him on the grounds that there is no genuine issue as to any material fact and that he is entitled to a judgment as a matter of law.  In support of defendant Goggins' Motion for summary judgment, he submits the following, separately and severally:

1. Affidavit of Charles W. Goggins.

2. Plaintiff's Complaint.

3. Defendant's Answer.

4. Defendant's Brief in Support of Motion for Summary Judgment.

WHEREFORE, defendant Charles W. Goggins moves this Honorable Court to grant summary judgment to him on the grounds that there is no genuine issue of material fact and he is entitled to a judgment as a matter of law.

1

/s/     N. Gunter Guy, Jr.
N. Gunter Guy, Jr.          (GUY004)
E. Hamilton Wilson, Jr.     (WIL070)
Emily C. Marks              (COO064)
Attorneys for Charles W. Goggins

OF COUNSEL:

Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, Alabama  36102-2148
Telephone (334) 387-7680
Telefax (334) 387-3222

**CERTIFICATE OF SERVICE**

I hereby certify that on this February 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Algert Swanson Agricola
Michael Andrew Donaldson
Slaten & O'Connor
105 Tallapoosa St., Ste. 101
Montgomery, AL 36104
Jraagricola@slatenlaw.com;
kboothe@slatenlaw.com
 adonaldson@slatenlaw.com;
kboothe@slatenlaw.com


Amy Hayes Naylor
104 1st Avenue
P.O. Box 470
Clanton, AL 35046-0470
amyhayesnaylor@bellsouth.net

Charles Nichols Parnell
Parnell & Crum
P O Box 2189
Montgomery, AL  36102-2189
IIIcnparnell@parnellcrum.com

Jock Michael Smith
Brian P. Strength, Esq.
Cochran, Cherry, Givens & Smith, P.C.
306 North Main Street
P.O. Box 830419
Tuskegee, AL 36083
bpinkard@cochranlawtuskegee.com
bstrength@cochranlawtuskegee.com

/s/ N. Gunter Guy, Jr.

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLOS ORTEGA, | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| v. | ]   2:07-CV-368 |
| | ] |
| STEPHEN BROCK, BIG TIME | ] |
| "WINGS" SPORTS GRILL, INC., | ] |
| CHARLES W. GOGGINS, et al., | ] |
| | ] |
| Defendants. | ] |

### AFFIDAVIT OF CHARLES W. GOGGINS

Before me, the undersigned authority, on this day personally appeared Charles W. Goggins who being by me first duly sworn, deposed and stated upon his oath the following:

"My name is Charles W. Goggins, and I am a named defendant in the above-referenced case. I am over twenty-one (21) years of age and I reside in Chilton County, Alabama. I have read the plaintiff's Complaint and Amended Complaint filed in this case, and I am familiar with the allegations contained therein.

I deny that I am in any way responsible to the plaintiff for any of the claims he has alleged in this lawsuit or any of the injuries and damages that he has alleged to have suffered.

At the time of the incident which forms the basis of the plaintiff's Complaint, I was the sole shareholder of the restaurant entity known as the Big Time Wings Sports Grill, Inc. in Clanton, Alabama. Big Time Wings Sports Grill, Inc. was incorporated on March 9, 2004; I sold the business on January 26, 2006 and the incorporation was dissolved on April 12, 2006.

I was acquainted with Mr. Stephen Brock who did from time to time frequent my establishment. On the night of the incident in question, Mr. Brock was present with three other

people and was dressed in civilian clothes, and on that occasion never represented himself to anyone to my knowledge and belief as a law enforcement officer of any kind.

On the night of the incident in question, all of the actions taken by Brock were on his own volition as an individual citizen or as an officer of the Chilton County Sheriff's Department. However, during this incident, Brock was never acting as an agent or employee of Big Time Wings Sports Grill, Inc. or as an agent or employee of mine. In fact, Brock has never worked as an agent or employee of Big Time Wings Sports Grill, Inc. or myself.

I did not authorize or ratify Mr. Brock to act on my company's or my behalf as an agent, employee or security guard. I did not allow or ratify any actions of Brock to act as a bouncer for the bar or to engage in any physical altercation with the plaintiff Carlos A. Ortega, Jr. I did not do or say anything either before, during or after the incident that would have created in the minds of any reasonable person that Brock was acting as an agent or employee of me or Big Time Wings Sports Grill, Inc. I did not demand of any patron that they should remove their t-shirt and deny being present during any such alleged incident regarding a t-shirt.

It is my understanding and belief that the actions taken by Mr. Brock against Mr. Ortega was the result of Mr. Ortega inappropriately touching a female at Mr. Brock's table without the female's consent and against her objections. It is my understanding and belief that it was Mr. Ortega's own actions which began the series of events leading to the physical altercation between Brock and Ortega.

The above is true and correct to the best of my knowledge and belief."

_____
CHARLES W. GOGGINS

STATE OF ALABAMA
COUNTY OF MONTGOMERY

Before me, the undersigned Notary Public, did personally appear Charles W. Goggins who states to me that he is aware of the contents of the foregoing Affidavit, and that he did execute it voluntarily.

SWORN TO and SUBSCRIBED before me on this the 13th day of February, 2008.

NOTARY PUBLIC
My Commission expires: 5-6-2008