### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| CARLOS A. ORTEGA, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | 2:07-368-MHT |
| STEPHEN BROCK; BIG TIME ) | |
| "WINGS" SPORTS GRILL, INC.; ) | |
| CHARLES W. GOGGINS; et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION

**COME NOW** Algert S. Agricola, Jr. And M. Andrew Donaldson, and file this Notice of Change of Address and Firm Affiliation to advise the Court and all parties through their counsel that they are no longer with the firm of Slaten & O'Connor, P.C. and that all future pleadings, motions, orders, discovery, and correspondence should be sent to them at the following address:

Ryals, Plummer, Donaldson, Agricola & Smith, P.C.
60 Commerce Street, Suite 1400
Montgomery, AL 36104
(334) 834-5290
(334) 834-5297 Fax

Respectfully submitted this 15th day of February, 2008.

/s Algert S. Agricola, Jr.
**ALGERT S. AGRICOLA (Ala. ID AGR 001)**
**M. ANDREW DONALDSON (ASB 9007-076M, DON024)**
Counsel for Defendant Big Time "Wings" Sports Grill, Inc.

**OF COUNSEL:**

**RYALS, PLUMMER, DONALDSON, AGRICOLA & SMITH, P.C.**
60 Commerce Street, Suite 1400
Montgomery, AL 36104
(334) 834-5290
(334) 834-5297 Fax
aagricola@slatenlaw.com
adonaldson@slatenlaw.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **CARLOS A. ORTEGA, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No.** |
| *vs.* ) | |
| ) | **2:07-368-MHT** |
| **STEPHEN BROCK; BIG TIME** ) | |
| **"WINGS" SPORTS GRILL, INC.;** ) | |
| **CHARLES W. GOGGINS;** *etc., et al.* ) | |
| ) | |
| **Defendants.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles N. Parnell, III
Parnell & Crum, P.A.
P.O. Box 2189
Montgomery, AL 36102-2189

Brian P. Strength
Cochran, Cherry, Givens & Smith
P.O. Box 830419
Tuskegee, AL 36083

Amy H. Maylor
P.O. Box 470
Clanton, AL 35046

N. Gunter Guy, Jr.
E. Hamilton Wilson, Jr.
Emily C. Marks
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102-2148

       Respectfully submitted,

       s/ Algert S. Agricola, Jr.
       Algert S. Agricola, Jr.
       M. Andrew Donaldson
       **RYALS, PLUMMER, DONALDSON,**
       **AGRICOLA & SMITH, P.C.**
       60 Commerce Street, Suite 1400
       Montgomery, AL 36104
       (334) 834-5290
       (334) 834-5297 Fax
       aagricola@rpdas.com
       adonaldson@rpdas.com