## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **CARLOS A. ORTEGA, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.** |
| **v.** | ) | |
| | ) | **2:07-368-MHT** |
| **STEPHEN BROCK; BIG TIME** | ) | |
| **"WINGS" SPORTS GRILL, INC.;** | ) | |
| **CHARLES W. GOGGINS; et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION FOR SUMMARY JUDGMENT OF
## DEFENDANT BIG TIME WINGS SPORTS GRILL

**COME NOW** Defendant Big Time Wings Sports Grill, Inc., by and through counsel, and pursuant to Fed.R.Civ.P. 56, moves this Court to grant summary judgment in its favor on the grounds that there is no genuine issue of material fact and that it is entitled to summary judgment as a matter of law. In support of its motion for summary judgment, Defendant Big Time Wings Sports Grill, Inc. submits the following documents which are incorporated herein by reference as though fully set out hereinafter:

1.    Plaintiff's complaint as amended [Doc. 19-2].

2.    Answer of Defendant Big Time Wings Sports Grill, Inc. [Doc. 32].

3.    Motion for Summary Judgment of Defendant Charles W. Goggins which is

       adopted in whole by Defendant Big Time Wings Sports Grill, Inc. [Doc. 37].

4.      Affidavit of Defendant Charles W. Goggins submitted in support of his motion for summary judgment which is adopted in whole by Defendant Big Time Wings Sports Grill, Inc. [Doc. 37-2].

5.      Brief of Defendant Charles W. Goggins in support of his motion for summary judgment which is adopted in whole by Defendant Big Time Wings Sports Grill, Inc. [Doc. 38].

Wherefore premises considered, Defendant Big Time Wings Sports Grill, Inc. submits that its motion for summary judgment is due to be GRANTED.

Respectfully submitted this 15th day of February, 2008.

/s Algert S. Agricola, Jr.
**ALGERT S. AGRICOLA (Ala. ID AGR 001)**
**M. ANDREW DONALDSON (ASB 9007-076M, DON024)**
Counsel for Defendant Big Time "Wings" Sports Grill, Inc.

**OF COUNSEL:**

**RYALS, PLUMMER, DONALDSON, AGRICOLA & SMITH, P.C.**
60 Commerce Street, Suite 1400
Montgomery, AL 36104
(334) 834-5290
(334) 834-5297 Fax
aagricola@slatenlaw.com
adonaldson@slatenlaw.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **CARLOS A. ORTEGA, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.** |
| ***vs.*** | ) | |
| | ) | **2:07-368-MHT** |
| **STEPHEN BROCK; BIG TIME** | ) | |
| **"WINGS" SPORTS GRILL, INC.;** | ) | |
| **CHARLES W. GOGGINS;** ***etc., et al.*** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles N. Parnell, III
Parnell & Crum, P.A.
P.O. Box 2189
Montgomery, AL 36102-2189

Brian P. Strength
Cochran, Cherry, Givens & Smith
P.O. Box 830419
Tuskegee, AL 36083

Amy H. Maylor
P.O. Box 470
Clanton, AL 35046

N. Gunter Guy, Jr.
E. Hamilton Wilson, Jr.
Emily C. Marks
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102-2148

Respectfully submitted,

s/ Algert S. Agricola, Jr.
Algert S. Agricola, Jr.
M. Andrew Donaldson
**RYALS, PLUMMER,DONALDSON,**
**AGRICOLA & SMITH, P.C.**
60 Commerce Street, Suite 1400
Montgomery, AL 36104
(334) 834-5290
(334) 834-5297 Fax
aagricola@rpdas.com
adonaldson@rpdas.com

M:\Gen Litigation\Colony Group\Big Time wings Sports Grill, Inc\Pleadings\Motion for Summary Judgment.wpd