**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| CARLOS A. ORTEGA, JR.,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | Civil Action No. |
| v.    ) | |
| ) | 2:07-368-MHT |
| STEPHEN BROCK; BIG TIME    ) | |
| "WINGS" SPORTS GRILL, INC.;    ) | |
| CHARLES W. GOGGINS; et al.,    ) | |
| ) | |
| Defendants.    ) | |

**BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF**
**DEFENDANT BIG TIME WINGS SPORTS GRILL**

**COME NOW** Defendant Big Time Wings Sports Grill, Inc., by and through counsel, and pursuant to Fed.R.Civ.P. 56, submits this Brief in support of its motion for summary judgment. Defendant Big Time Wings Sports Grill, Inc. hereby incorporates as though fully set out herein all arguments and authorities submitted by Defendant Charles W. Goggins in his Brief in support of his motion for summary judgment [Doc. 38] as its Brief in support of its motion for summary judgment.

Wherefore premises considered, Defendant Big Time Wings Sports Grill, Inc. submits that its motion for summary judgment is due to be GRANTED.

Respectfully submitted this 15th day of February, 2008.

/s Algert S. Agricola, Jr.
**ALGERT S. AGRICOLA (Ala. ID AGR 001)**
**M. ANDREW DONALDSON (ASB 9007-076M, DON024)**
Counsel for Defendant Big Time "Wings" Sports Grill, Inc.

**OF COUNSEL:**

**RYALS, PLUMMER, DONALDSON, AGRICOLA & SMITH, P.C.**
60 Commerce Street, Suite 1400
Montgomery, AL 36104
(334) 834-5290
(334) 834-5297 Fax
aagricola@slatenlaw.com
adonaldson@slatenlaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **CARLOS A. ORTEGA, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. |
| *vs.* ) | |
| ) | 2:07-368-MHT |
| **STEPHEN BROCK; BIG TIME** ) | |
| **"WINGS" SPORTS GRILL, INC.;** ) | |
| **CHARLES W. GOGGINS;** *etc., et al.* ) | |
| ) | |
| **Defendants.** ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles N. Parnell, III
Parnell & Crum, P.A.
P.O. Box 2189
Montgomery, AL 36102-2189

Brian P. Strength
Cochran, Cherry, Givens & Smith
P.O. Box 830419
Tuskegee, AL 36083

Amy H. Maylor
P.O. Box 470
Clanton, AL 35046

N. Gunter Guy, Jr.
E. Hamilton Wilson, Jr.
Emily C. Marks
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102-2148

        Respectfully submitted,

        s/ Algert S. Agricola, Jr.
        Algert S. Agricola, Jr.
        M. Andrew Donaldson
        **RYALS, PLUMMER, DONALDSON,**
        **AGRICOLA & SMITH, P.C.**
        60 Commerce Street, Suite 1400
        Montgomery, AL 36104
        (334) 834-5290
        (334) 834-5297 Fax
        aagricola@rpdas.com
        adonaldson@rpdas.com

M:\Gen Litigation\Colony Group\Big Time wings Sports Grill, Inc\Pleadings\Brief in Support of Mtn for Summary Judgment.wpd