IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CARLOS A. ORTEGA, JR.,　　　) | |
| 　　　　　　　　　　　　　　　) | |
| 　　Plaintiff,　　　　　　　　) | |
| 　　　　　　　　　　　　　　　) | CIVIL ACTION NO. |
| 　　v.　　　　　　　　　　　　) | 2:07cv368-MHT |
| 　　　　　　　　　　　　　　　) | |
| STEPHEN BROCK, etc.,　　　　 ) | |
| et al.,　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　) | |
| 　　Defendants.　　　　　　　 ) | |

### ORDER

It is ORDERED that the motions for summary judgment (Doc. Nos. 37 & 40) are set for submission, without oral argument, on April 18, 2008, with any opposing brief and evidentiary materials due by said date.

DONE, this the 27th day of March, 2008.

　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE