IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CARLOS A. ORTEGA, JR., | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:07cv368-MHT |
| | ) | |
| STEPHEN BROCK, etc., | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

### ORDER

It is ORDERED that the motion to allow complaint in intervention (Doc. No. 33) is denied.

DONE, this the 27th day of March, 2008.

                                            /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE