IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| Carlos A. Ortega, Jr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:07 CV-368-MHT |
| ) | |
| Stephen Brock;  Big Time "Wings" ) | |
| Sports Grill, Inc.; Charles W. Goggins, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR PRO TANTO DISMISSAL

Carlos A. Ortega, Jr., files this motion for pro tanto dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure and states:

1. The Plaintiff has settled his claims against Charles W. Goggins and Big Time "Wings" Sports Grill, Inc.

2. Accordingly, Plaintiff moves for a dismissal of the claims against Charles W. Goggins and Big Time "Wings" Sports Grill, Inc., with prejudice.

Respectfully submitted,

/s/ Brian P. Strength
BRIAN STRENGTH(STR052)

**OF COUNSEL:**

BRIAN P. STRENGTH
Attorney at Law
P.O. Box 830810
402 North Main Street
Tuskegee, AL 36083

(ph) 334.750.0157
(fax) 334.727.0000

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing upon counsel listed below by electronic notification, on this the 17th day of April, 2008.

Amy Hayes Naylor
P.O. Box 470
Clanton, AL 35046

Charles N. Parnell, III
Parnell & Crum, P.A.
P.O. Box 2189
Montgomery, AL 36102-2189

Algert Swanson Agricola, Jr.
Ryals, Plummer, Donaldson, Agricola & Smith, P. C.
60 Commerce St Ste 1400
Montgomery , AL 36104-3562

Gunter Guy
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109

                                        /s/ Brian P. Strength
                                        OF COUNSEL