IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CARLOS A. ORTEGA, JR.,        )
                              )
    Plaintiff,                )
                              )       CIVIL ACTION NO.
    v.                        )        2:07cv368-MHT
                              )            (WO)
STEPHEN BROCK, etc.,          )
et al.,                       )
                              )
    Defendants.               )
```

## JUDGMENT

Counsel for defendants Charles W. Goggins and Big Time "Wings" Sports Grill, Inc. having orally informed the court that said defendants do not object, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion for pro tanto dismissal (doc. no. 45) is granted.

(2) The claims against defendants Charles W. Goggins and Big Time "Wings" Sports Grill, Inc. are dismissed with prejudice.

(3) Defendants Goggins and Big Time "Wings" Sports Grill, Inc. are dismissed with prejudice.

It is further ORDERED that the motions for summary judgment (doc. nos. 37 and 40) are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 18th day of April, 2008.


        /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**