IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **Carlos A. Ortega, Jr.,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 2:07 CV-368-MHT |
| ) | |
| **Stephen Brock,** ) | |
| ) | |
|    **Defendants.** ) | |

## NOTICE OF SETTLEMENT AND MOTION TO BE EXCUSED FROM PRETRIAL CONFERENCE

Carlos A. Ortega, Jr., gives notice to this Honorable Court a settlement has been reached between Carlos Ortega and Stephen Brock, the only remaining parties to this case. The terms of the settlement allow that settlement funds are to be exchanged within thirty days. Accordingly, the parties request thirty days to provide the court with dismissal papers and further request to be excused from the pretrial conference set on May 19, 2008.

Respectfully submitted,

/s/ Brian P. Strength
BRIAN STRENGTH(STR052)

**OF COUNSEL:**

BRIAN P. STRENGTH
Attorney at Law
P.O. Box 830810
402 North Main Street
Tuskegee, AL 36083
(ph) 334.750.0157
(fax) 334.727.0000

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing upon counsel listed below by electronic notification, on this the 15th day of May, 2008.

Charles N. Parnell, III
Parnell & Crum, P.A.
P.O. Box 2189
Montgomery, AL 36102-2189

                                                          /s/ Brian P. Strength
                                                          OF COUNSEL